# Exhibit A

## AFFIDAVIT

STATE OF ARIZONA      )
                      ) ss.
County of Yavapai     )

I, Steven G. Clark, being first duly sworn upon my oath, depose and say, upon information and belief, the following:

1. I am a Deputy County Attorney with the Yavapai County Attorney's Office and have been so employed since 2017.

2. I was asked to confirm the allegations regarding service of individuals as outlined in Plaintiff's Exhibit A (Proof of Service) to his Response to Court Order to Sow Cause Re: Service on Defendants Contreras, Boehm, Hooten, McGrane.

3. I contacted County Attorney McGrane and spoke with the County Attorney's Business Manager, Ms. Hugueley, regarding the attempt of service on County Attorney McGrane. Both relayed to me that the employee at the front desk of the office, who the process server allegedly "dropped the envelope off" to was not authorized to accept service on behalf of the Yavapai County Attorney, McGrane.

4. Over the course of the past ten days, I have been told personally and received information that it is the understanding of Yavapai County Sheriff's Office employees that the Yavapai County Sheriff's Office policy for service is that service on individual Deputies is not accepted at YCSO. As stated by YCSO authorities, regarding Defendants, Hooten, Boehm, or Contreras, multiple persons at each department with authority to accept service for YCSO in certain circumstances evinced that no service occurred through them or through others in their departments to the best of their knowledge.

_____
Steven G. Clark

SUBSCRIBED and SWORN to before me this 5th day of November 2024.

JEANIE S. MIKELS
Notary Public - Arizona
YAVAPAI COUNTY
Commission # 635642
Expires August 27, 2026

_____
Notary Public

My Commission Expires:
8-27-26