*In Propria Persona*
Corey Drew
164 Rainbow Dr. #6423
Livingston TX, 77399
480.630.3522
Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Corey Drew,<br><br>  *Plaintiff,*<br><br>vs.<br><br>County of Yavapai; Yavapai County Sheriff Office; Dennis McGrane; Tom Boelts; John Johnson; Samuel Contreras; Patrick Boehm; Larry Hooten; Et. al.;<br><br>  *Defendants.* | Cause No: 3:24-cv-08073-KLM-MTM<br><br>**PLAINTIFF RESPONSE TO DEFENDANTS' OBJECTION TO PLAINTIFFS' RESPONSE TO COURT ORDER TO SHOW CAUSE RE: SERVICE ON DEFENDANTS CONTRERAS, BOEHM, HOOTEN AND MCGRANE**<br><br>Hon. Judge Michael T. Morrissey |

1

**INTRODUCTION**

Plaintiff respectfully submits this response to defendants' objection to the sufficiency of service of process. The objection is meritless as service was conducted in strict accordance with federal and Arizona rules. Furthermore, it is apparent that defendants are using this objection as a delay tactic to hinder the progression of this litigation.

**FACTUAL BACKGROUND**

On April 19, 2024, plaintiff filed the Complaint alleging civil rights violations under 42 U.S.C. § 1983 against the defendants. Summonses were duly issued, and personal service was effectuated on all named defendants, including Contreras, Boehm, Hooten, and McGrane, using a process server. This method mirrored the service accepted without objection by defendants Yavapai County, Yavapai County Sheriff's Office, Boelts, and Johnson.

**LEGAL ARGUMENT**

**I. Compliance with Federal and Arizona Rules of Civil Procedure**

Service of process complied with Federal Rule of Civil Procedure 4(e)(2), which allows service by:

1. Delivering a copy of the summons and complaint personally;
2. Leaving copies at the defendant's dwelling or usual place of abode with a person of suitable age and discretion; or
3. Delivering copies to an authorized agent.

Arizona Rule of Civil Procedure 4.1(d) mirrors these provisions. The process server's affidavits confirm service was executed as prescribed under both federal and state rules.

2

## II. Precedent Supporting Acceptance of Service

Under *Borzeka v. Heckler*, 739 F.2d 444, 447 (9th Cir. 1984), minor technical defects in service do not warrant dismissal if the defendant had actual notice and was not prejudiced. The Ninth Circuit's liberal interpretation of service rules emphasizes the sufficiency of notice over procedural formalities.

## III. Judicial Discretion and Notice Requirements

The U.S. Supreme Court in *Mullane v. Central Hanover Bank & Trust Co.*, 339 U.S. 306, 314 (1950), established that service must be reasonably calculated to inform interested parties of the action. Here, defendants had actual notice, satisfying due process requirements. *Efaw v. Williams*, 473 F.3d 1038, 1041 (9th Cir. 2007), affirms courts' discretion to overlook technical defects when service achieves actual notice.

## IV. Defendants' Delay Tactics

It is evident from the defendants' objections and motions related to service that they are attempting to use procedural challenges as a delay tactic to hinder the fair adjudication of this case. Such tactics contradict the spirit of judicial efficiency and fairness.

## CONCLUSION

The defendants' objection to the sufficiency of service is without merit and should be overruled by this Court. Service was conducted in compliance with both federal and state rules, and defendants had actual notice of this lawsuit. Therefore, plaintiff respectfully requests this Court to affirm the validity of service on Contreras, Boehm, Hooten, and McGrane and reject defendants' delay tactics.

**REQUEST FOR RELIEF**

Plaintiff requests the Court affirm the validity of service of process and deny defendants' objection, allowing this case to proceed without further delay, and/or grant any other relief the Court finds equitable and just.

RESPECTFULLY SUBMITTED this 13th day of November 2024

By: /s/ *Corey Drew*

Corey Drew  11/13/24
Plaintiff, *In Pro Per*

4

## Certificate Of Service

_____

I CERTIFY that I emailed a copy of this PLAINTIFF RESPONSE TO DEFENDANTS' OBJECTION TO PLAINTIFFS' RESPONSE TO COURT ORDER TO SHOW CAUSE RE SERVICE ON DEFENDANTS CONTRERAS, BOEHM, HOOTEN AND MCGRANE on 11/13/24 to:

Defendants attorney James M. Jellison
jim@jellisonlaw.com

cc:
Rebecca@jellisonlaw.com

                                                  By: /s/ *Corey Drew*
                                                  Corey Drew   11/13/24

_____