1  Gregg P. Leslie (Bar # 035040), Gregg.Leslie@asu.edu*
   Aaron A. Baumann (Bar # 033754), Aaron.Baumann@asu.edu*
2  Nicole Salars, nsalars@asu.edu**
   First Amendment Clinic, Public Interest Law Firm
3  Arizona State University Sandra Day O'Connor College of Law
   111 E. Taylor St., Mail Code 8820
4  Phoenix, AZ 85004
   Telephone: (804) 727-7398
5  *Certified supervising attorney pursuant to L.R. Civ. 83.4(e)
   **Certified limited practice student pursuant to L.R. Civ. 83.4(e)
6  *Attorneys for Amicus Curiae David Morgan*

7                    **UNITED STATES DISTRICT COURT**
                         **DISTRICT OF ARIZONA**
8

9   Corey Drew,                              No.  3:24-cv-08073-KLM-MTM
                            Plaintiff,
10

11          vs.

                                             **MOTION FOR LEAVE TO FILE**
12   County of Yavapai; Yavapai County       **BRIEF OF *AMICUS CURIAE***
     Sheriff's Office; Dennis McGrane; Tom   **DAVID MORGAN**
13   Boelts; John Johnson; Samuel Contreras;
     Patrick Boehm; Larry Hooten; et. al.
14
                            Defendants.
15

16          Amicus Curiae David Morgan, by and through counsel, respectfully moves this

17   court to file the attached Brief in Opposition to Defendants' Motion to Dismiss

18   Complaint. Mr. Morgan is an investigative journalist and publisher of *The Cochise*

19   *County Record*, a local news service in Cochise County, Arizona, focused on local

20   government, police, and the courts. Morgan believes he adds perspective to this case

21   because local government and law enforcement in such areas can be extremely

                                         1

1   responsive to critical journalism, putting Mr. Morgan at risk of retaliation when he

2   reports on government misconduct. Mr. Morgan seeks to ensure that government officials

3   who retaliate to chill critical speech are held accountable, and that the legal standards

4   protecting the exercise of First Amendment rights are fully defended.

5        Plaintiff consents to this motion. Defendants were contacted but have not provided

6   *amicus* with a position as of filing.

7

8   DATED this 15th day of November, 2024.

9

10                                    FIRST AMENDMENT CLINIC

11                          By      /s/ Gregg P. Leslie
                                     Gregg P. Leslie
12                                   Aaron A. Baumann
                                     Nicole Salars
13                                   First Amendment Clinic
                                     Public Interest Law Firm
14                                   *Attorneys for Amicus Curiae David*
                                     *Morgan*
15

16

17

18

19

20

21

1

**Certificate of Service**

2

The foregoing was filed via ECF this 15th day of November 2024 with the Clerk of the
Court.

3

4

A COPY of the foregoing was served this same date via ECF and electronic mail to:

5

JELLISON LAW OFFICES, PLLC
James M. Jellison, Esq.

6

18801 North Thompson Peak Parkway
Suite D235

7

Scottsdale, Arizona 85255
jim@jellisonlaw.com

8

Counsel for Yavapai County; Yavapai County Sheriff's Office; Boelts; and Johnson

9

Corey Drew
164 Rainbow Dr. #6423

10

Livingston, Texas 77399
In Propria Persona

11

12

13

 /s/ Gregg P. Leslie
Gregg P. Leslie

14

15

16

17

18

19

20

21