# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| Corey Drew |

Name(s) of counsel (if any):

| |
|---|
| Aaron Baumann, Gregg Leslie, First Amendment Clinic, Public Interest Law Firm, Arizona State University Sandra Day O'Connor College of Law |

Address: 111 E Taylor St, Mail Code 8820, Phoenix, AZ, 85004

Telephone number(s): 480-727-7398

Email(s): Aaron.Baumann@asu.edu; Gregg.Leslie@asu.edu

Is counsel registered for Electronic Filing in the 9th Circuit?    ⦿ Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| County of Yavapai, Tom Boelts, John Johnson |

Name(s) of counsel (if any):

| |
|---|
| Jellison Law Offices, PLLC<br>James Jellison |

Address: 18801 North Thompson Peak Parkway, Suite D235

Telephone number(s): 480-659-4244

Email(s): jim@jellisonlaw.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 6**                                  1                         *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*